# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

PESCH

VERSUS

PROGRESSIVE
NORTHWESTERN
INSURANCE COMPANY, ET AL.

CIVIL ACTION

20-288-SDD-EWD

## RULING

The Court has carefully considered the *Motion*[1], the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Erin Wilder-Doomes, dated February 23, 2021, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's herein.

**ACCORDINGLY**, the *Motion to Remand* is hereby GRANTED, IN PART, and this matter is to be REMANDED to the Twenty-Third Judicial District Court, Parish of Ascension, State of Louisiana, as it was untimely removed.

**IT IS FURTHER ORDERED** that Plaintiff's request for an award of costs and attorneys' fees under 28 U.S.C. § 1447(c) is hereby DENIED.

*Judgment* will be entered accordingly.

Signed in Baton Rouge, Louisiana on March 29, 2021.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 10.
[2] Rec. Doc. 19.